NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000556
12-SEP-2012
01:36 PM

NO. CAAP-12-0000556

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JILL AMARAL, Claimant-Appellant,
and
NELSON H. KINOSHITA, Real-Party-In-Interest/Appellee,
v.
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION, Employer-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2012-064 (9-03-10109))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 42(a)
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the stipulation to dismiss appeal filed on August 30, 2012 by Jill Amaral, Claimant-Appellant; Real-Party-In-Interest/Appellee, Nelson H. Kinoshita; and Employer-Appellee State of Hawaii, Department of Education; it appears that Appeal No. CAAP-12-0000556 has not been docketed and the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP).  Therefore, pursuant to HRAP 42(a),

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000556 is dismissed.

DATED: Honolulu, Hawai'i, September 12, 2012.

Presiding Judge

Associate Judge

Associate Judge